UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. MIRANDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: |
| ) | |
| JOSE R. GRIJALBA, and JAMES ) | |
| GRIFFITH, individually, and ) | |
| as employees, agents and/or servants of ) | PLAINTIFF DEMANDS TRIAL BY JURY |
| ALAN RITCHEY, INC. ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JOHN J. MIRANDA, by and through his attorneys, WHITING LAW GROUP, LTD., and complains of the Defendants, JOSE R. GRIJALBA, Individually and as employee, agent and/or servant of ALAN RITCHEY, INC., as follows:

## JURISDICTIONAL ALLEGATIONS

1. On October 25, 2017, the Plaintiff, JOHN J. MIRANDA, is and at all times relevant to this matter, a resident of Chicago, Illinois.

2. On October 25, 2017, the Defendant, ALAN RITCHEY, INC., is a Texas corporation with its principal place of business in Valley View, Texas.

3. According to ALAN RITCHEY, INC.'s filing with the Texas Secretary of State, ALAN RITCHEY, INC., has designated its blanket company as National Resident Agent Service, Inc., which has offices in 48 states, including at 120 West 22nd St., Suite 814, City of Oak Brook, State of Illinois for service of such process in the State of Illinois.

4. On October 25, 2017, Defendant, JOSE R. GRIJALBA, is and at all times relevant to this matter, a resident of Laredo, Texas.

1

5. On October 25, 2017, Defendant, JAMES GRIFFITH, is and at all times relevant to this matter, a resident of Guthrie Center, Iowa.

## COMMON FACTUAL ALLEGATIONS

1. That on October 25, 2017, and for some time prior thereto, the Plaintiff, JOHN J. MIRANDA was An Illinois resident residing in the City of Chicago, County of Cook, State of Illinois.

2. That on the aforementioned date, the Defendant, JOSE R. GRIJALBA, was a Texas resident residing in the City of Laredo, County of Webb, State of Texas.

3. That on the aforementioned date, the Defendant, ALAN RITCHEY, INC., was a interstate transportation company operating under motor carrier (MC) number 172924 and United States Department of Transportation (USDOT) number 23010 with a physical address in Hendrix, Oklahoma and a mailing address in Valley View, Texas.

## COUNT I – NEGLIGENCE
## JOHN J. MIRANDA v. JOSE R. GRIJALBA

1 – 3. Plaintiff restates and re-alleges Paragraphs 1 through 3 of the Common Factual Allegations as Paragraphs 1 through 3 of Count I as if fully stated herein.

4. On or about October 25, 2017, the Plaintiff, JOHN J. MIRANDA, was operating his motor vehicle in a generally northbound direction on Illinois Route 171 Avenue at or near its intersection with Cermak Road in the City of Chicago, County of Cook, State of Illinois.

5. At that time and place, the Defendant, JOSE R. GRIJALBA, owned, operated, maintained, managed, and/or controlled a certain motor vehicle, namely, a semi-tractor and trailer, in a generally southbound direction on Illinois Route 171 at or near its intersection with Cermak Road in the City of Chicago, County of Cook, State of Illinois.

2

6. At that time and place, the Defendant, JOSE R. GRIJALBA, caused his semi-tractor-and-trailer to collide with the vehicle driven by the Plaintiff, JOHN J. MIRANDA.

7. At all relevant times, it was the duty of the Defendant, JOSE R. GRIJALBA, to exercise reasonable care and caution in the ownership, operation, maintenance, and/or control of the semi-tractor and trailer in order to avoid causing injuries to those other motorists lawfully upon the road, including the Plaintiff, JOHN J. MIRANDA.

8. At that time and place, notwithstanding his aforesaid duties, the Defendant, JOSE R. GRIJALBA, was then and there guilty of one or more of the following wrongful acts and/or admissions:

    a. Operated his motor vehicle at a speed which was greater than was reasonable and proper with regard to traffic conditions then and there existing;

    b. Failed to decrease speed as necessary to avoid colliding with persons and/or vehicles upon the roadway;

    c. Failed to yield to the right-of-way of Plaintiff;

    d. Failed to give audible warning when reasonably necessary to ensure safe operation of his motor vehicle;

    e. Operated a vehicle equipped with brakes inadequate to control the movement of his vehicle and to stop and hold his vehicle;

    f. Failed to keep a safe and proper lookout so as to avoid a collision with persons and/or vehicles upon the roadway; and,

    g. Was otherwise careless and/or negligent.

9. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, JOSE R. GRIJALBA, the Plaintiff, JOHN J. MIRANDA, sustained severe injuries of a personal and pecuniary nature.

10. That as a further direct and proximate result of the aforementioned negligent acts and/or omissions of the Defendant, the Plaintiff sustained severe and permanent injuries, both internally and externally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also sustained great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE the Plaintiff, JOHN J. MIRANDA, demands judgment in his favor against the defendant, JOSE R. GRIJALBA, for a sum in excess of $75,000.00, plus the costs of this action, and all other damages recoverable by law.

## COUNT II – NEGLIGENCE
## JOHN J. MIRANDA v. JAMES GRIFFITH

1 – 3. Plaintiff restates and re-alleges Paragraphs 1 through 3 of the Common Factual Allegations as Paragraphs 1 through 3 of Count I as if fully stated herein.

4. On or about October 25, 2017, the Plaintiff, JOHN J. MIRANDA, was operating his motor vehicle in a generally northbound direction on Illinois Route 171 Avenue at or near its intersection with Cermak Road in the City of Chicago, County of Cook, State of Illinois.

5. At that time and place, the Defendant, JAMES GRIFFITH, owned, operated, maintained, managed, and/or controlled a certain motor vehicle, namely, a semi-tractor and trailer, in a generally southbound direction on Illinois Route 171 at or near its intersection with Cermak Road in the City of Chicago, County of Cook, State of Illinois.

6. At that time and place, the Defendant, JAMES GRIFFITH, caused his semi-tractor-and-trailer to collide with the vehicle driven by the Plaintiff, JOHN J. MIRANDA.

7. At all relevant times, it was the duty of the Defendant, JAMES GRIFFITH, to exercise reasonable care and caution in the ownership, operation, maintenance, and/or control of the semi-tractor and trailer in order to avoid causing injuries to those other motorists lawfully upon the road, including the Plaintiff, JOHN J. MIRANDA.

8. At that time and place, notwithstanding his aforesaid duties, the Defendant, JOSE R. GRIJALBA, was then and there guilty of one or more of the following wrongful acts and/or admissions:

    a. Operated his motor vehicle at a speed which was greater than was reasonable and proper with regard to traffic conditions then and there existing;

    b. Failed to decrease speed as necessary to avoid colliding with persons and/or vehicles upon the roadway;

    c. Failed to yield to the right-of-way of Plaintiff;

    d. Failed to give audible warning when reasonably necessary to ensure safe operation of his motor vehicle;

    e. Operated a vehicle equipped with brakes inadequate to control the movement of his vehicle and to stop and hold his vehicle;

    f. Failed to keep a safe and proper lookout so as to avoid a collision with persons and/or vehicles upon the roadway; and,

    g. Was otherwise careless and/or negligent.

9. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, JAMES GRIFFITH, the Plaintiff, JOHN J. MIRANDA, sustained severe injuries of a personal and pecuniary nature.

10. That as a further direct and proximate result of the aforementioned negligent acts and/or omissions of the Defendant, the Plaintiff sustained severe and permanent injuries, both internally and externally, and was and will be hindered and prevented from attending to his usual

duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also sustained great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE the Plaintiff, JOHN J. MIRANDA, demands judgment in his favor against the defendant, JAMES GRIFFITH, for a sum in excess of $75,000.00, plus the costs of this action, and all other damages recoverable by law.

### COUNT III – NEGLIGENCE
### JOHN J. MIRANDA v. ALAN RITCHEY, INC.

NOW COMES the Plaintiff, JOHN J. MIRANDA, by and through his attorneys, WHITING LAW GROUP, LTD., and complains of the Defendant, ALAN RITCHEY, INC., as follows:

1 – 3. Plaintiff restates and re-alleges Paragraphs 1 through 3 of the Common Factual Allegations as Paragraphs 1 through 3 of Count II as if fully stated herein.

4. That on October 25, 2017, the Defendant, JOSE R. GRIJALBA, was an agent, servant, and/or employee of the Defendant, ALAN RITCHEY, INC., acting within the course and scope of his employment.

5. That on the aforesaid date, the Plaintiff, JOHN J. MIRANDA, was operating his motor vehicle in a generally northbound direction on Illinois Route 171 at or near its intersection with Cermak Road in the City of Chicago, County of Cook, State of Illinois.

6. At that time and place, the Defendant, JOSE R. GRIJALBA, in his role as agent, servant, and/or employee of the Defendant, ALAN RITCHEY, INC., was operating a semi-tractor and trailer that was owned, operated, maintained, managed, and/or controlled by the Defendant,

6

ALAN RITCHEY, INC., in a generally southbound direction on Illinois Route 171 at or near its intersection with Cermak Road in the City of Chicago, County of Cook, State of Illinois.

7. At that time and place, the semi-tractor and trailer operated by the Defendant, ALAN RITCHEY, INC., by and through its agent, servant, and/or employee, JOSE R. GRIJALBA, collided with the driver-side of the vehicle operated by the Plaintiff, JOHN J. MIRANDA.

8. At all relevant times, it was the duty of the Defendant, ALAN RITCHEY, INC., by and through its agent, servant, and/or employee, JOSE R. GRIJALBA, to exercise reasonable care and caution in the ownership, operation, maintenance, and/or control of the motor vehicle in order to avoid causing injuries to those other motorists lawfully upon the road, including the Plaintiff, JOHN J. MIRANDA.

9. At that time and place, notwithstanding his aforesaid duties, the Defendant, ALAN RITCHEY, INC., by and through its agent, servant, and/or employee, JOSE R. GRIJALBA, was then and there guilty of one or more of the following wrongful acts and/or admissions:

    a. Operated his motor vehicle at a speed which was greater than was reasonable and proper with regard to traffic conditions then and there existing;

    b. Failed to decrease speed as necessary to avoid colliding with persons and/or vehicles upon the roadway;

    c. Failed to yield to the right-of-way of Plaintiff;

    d. Failed to give audible warning when reasonably necessary to ensure safe operation of his motor vehicle;

    e. Operated a vehicle equipped with brakes inadequate to control the movement of his vehicle and to stop and hold his vehicle;

    f. Failed to keep a safe and proper lookout so as to avoid a collision with persons and/or vehicles upon the roadway; and,

      g.      Was otherwise careless and/or negligent.

10.      That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, ALAN RITCHEY, INC., by and through its agent, servant, and/or employee, JOSE R. GRIJALBA, the Plaintiff, JOHN J. MIRANDA, sustained injuries of a personal and pecuniary nature.

11.      That as a further direct and proximate result of the aforementioned negligent acts and/or omissions of the Defendant, the Plaintiff sustained severe and permanent injuries, both internally and externally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also sustained great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE the Plaintiff, JOHN J. MIRANDA, demands judgment in his favor against the Defendant, ALAN RITCHEY, INC., for a sum in excess of $75,000.00, plus the costs of this action, and all other damages recoverable by law.

                Respectfully Submitted:

                By: s/Timothy M. Whiting
                      One of Plaintiff's Attorneys

Timothy M. Whiting
The Whiting Law Group, Ltd.
901 W. Jackson Blvd., Ste. 400
Chicago, IL 60607
T: (312) 372-1655
eservice@wlglaw.net
Atty. No.: 37395