# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. MIRANDA, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) No.: 1:19-cv-07039 ) |
| JOSE R. GRIJALBA, and JAMES GRIFFITH, individually, and as employees, agents and/or servants of ALAN RITCHEY, INC. | ) ) ) ) ) |
|       Defendants. | ) ) |

## **STIPULATION TO DISMISS**

    It is hereby stipulated and agreed by and between the parties to the above-entitled action, acting through their respective attorneys, that said action be dismissed in its entirety with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.


/s/ Jennifer M. DiVincenzo
Jennifer M. DiVincenzo
One of the Attorneys for Plaintiff
**WHITING LAW GROUP, LTD.**
901 W. Jackson Blvd., Suite 400
Chicago, Il 60607


/s/ Martha J. Heiberger
Martha J. Heiberger
One of the Attorneys for Defendants,
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 W. Adams St., Suite 300
Chicago, IL 60661