#### UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. MIRANDA, | ) |
|             Plaintiff, | ) ) ) |
| v. | )   No.: 1:19-cv-07039 |
| JOSE R. GRIJALBA, and JAMES GRIFFITH, individually, and as employees, agents and/or servants of ALAN RITCHEY, INC. | ) ) ) ) ) ) |
|             Defendants. | ) |

### AGREED DISMISSAL ORDER

THIS MATTER coming to be heard before this Honorable Court, the parties in agreement and the Court being fully advised, IT IS HEREBY ORDERED:

1. All parties hereto, by their respective attorneys, have reached a full settlement and compromise of all matters at issue herein, including the issues raised in the Plaintiff's Complaint;

2. Pursuant to the settlement, all claims, including Third-Party claims, counter claims or cross claims are dismissed with prejudice, with each party to bear its own costs;

3. The Court shall retain jurisdiction to enforce the terms of the settlement, to adjudicate any and all liens, approval where necessary, and any other pendant matters;

4. Voluntary mediation was not utilized in reaching this settlement.

*Charles P. Kocoras*

Dated: 8/24/2020                                                          JUDGE